USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Gregory Peters,

                                 Plaintiff,

               -against-

City of New York, Hugh Barry, John and Jane Doe 1
through 10,

                             Defendants.

-------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12 Civ. 2629 (DLC)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201
718.722.4100

By: _____
    Brett H. Klein
    *Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
and Barry*
100 Church Street, Rm. 3-159
New York, New York 10007

By: _____
    Erica M. Haber
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

    January 14, 2013

Dated: New York, New York
     January 11, 2013